UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAIL BOXES ETC., INC., | CIVIL ACTION NO. 06-507 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. | |
| MARTIN SENOFF, | |
| Defendant. | |

**THIS MATTER** arising on the defendant's motion, inter alia, under Federal Rule of Civil Procedure ("Rule") 12(b)(3) to dismiss the complaint for improper venue (dkt. entry no. 27); and the plaintiff now submitting a "Notice Of Dismissal Pursuant To Federal Rule of Civil Procedure 41(a)(1)" (dkt. entry no. 34); and thus the Court intending to (1) deny the motion without prejudice, and (2) dismiss the complaint under Rule 41(a); and for good cause appearing, the Court will issue an appropriate order and judgment.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge